■ VINCENZO ZAVAGLIA, Appellant, v. H. R. H. CONSTRUCTION CORP., Respondent, et al., Defendants.—Two orders of the Supreme Court, Kings County, dated July 12, 1966 and September 29, 1966, respectively, affirmed, without costs. Special Term was not compelled to credit appellant's account of his alleged accident about which issue the papers before the court tended to show that respondent did not have knowledge (see *De France* v. *Oestrike*, 8 A. D. 2d 735). Ughetta, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

## THIRD DEPARTMENT, FEBRUARY, 1967

## (February 8, 1967)

■ In the Matter of LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, Petitioner, v. JUSTICES OF THE SUPREME COURT OF THE STATE OF NEW YORK, ALBANY COUNTY, Respondents.— MEMORANDUM BY THE COURT. The petition fails to disclose any factual or legal basis for petitioner's assumption that the respondents are "about to proceed without or in excess of jurisdiction". (CPLR 7803, subd. 2.) We reach no other question (but, see, *Matter of Barton Realty Corp.* v. *Mangan*, 25 A D 2d 730). Petition dismissed, without costs. Stay vacated. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.